UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVON ELLIOT,

                     Plaintiff,

      -against-                            25-CV-6785 (LTS)

DOE,                                            ORDER OF DISMISSAL

                     Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated August 27, 2025, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application and prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:  October 27, 2025
           New York, New York

                                                          /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                    Chief United States District Judge